IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>2K GAMES, INC.; 2K SPORTS, INC.; CAPCOM ENTERTAINMENT, INC.; CAPCOM U.S.A., INC.; ELECTRONIC ARTS, INC.; KONAMI DIGITAL ENTERTAINMENT, INC.; MICROSOFT CORP.; ROCKSTAR GAMES, INC.; SEGA OF AMERICA, INC.; SONY COMPUTER ENTERTAINMENT AMERICA LLC; SQUARE ENIX OF AMERICA HOLDINGS, INC.; SQUARE ENIX, INC.; TAKE-TWO INTERACTIVE SOFTWARE, INC.; THQ INC., and UBISOFT, INC.<br><br>                    Defendants. | C.A. No. 11-368-UNA |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**TAKE-TWO INTERACTIVE SOFTWARE, INC.**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Walker Digital, LLC hereby voluntarily dismisses its claims against Defendant Take-Two Interactive Software, Inc. in the above-captioned action without prejudice, with each party to bear its own attorneys fees and costs.

| | |
|---|---|
| April 28, 2011 | BAYARD, P.A. |
| Of Counsel:<br>Sandra C. McCallion<br>Karen H. Bromberg<br>Francisco A. Villegas<br>**COHEN & GRESSER LLP**<br>800 Third Avenue<br>New York, New York 10022<br>(212) 957-7600 | /s/ *Richard D.Kirk*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>*Attorneys for Plaintiff Walker Digital, LLC* |