IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-368 (UNA) |
| ) | |
| 2K GAMES, INC., 2K SPORTS, INC., ) | |
| CAPCOM ENTERTAINMENT, INC. ) | |
| CAPCOM U.S.A., INC., ELECTRONIC ) | |
| ARTS, INC., KONAMI DIGITAL ) | |
| ENTERTAINMENT, INC., MICROSOFT ) | |
| CORP., ROCKSTAR GAMES, INC., SEGA ) | |
| OF AMERICA, INC., SONY COMPUTER ) | |
| ENTERTAINMENT AMERICA LLC, ) | |
| SQUARE ENIX OF AMERICA HOLDINGS, ) | |
| INC., SQUARE ENIX, INC., TAKE-TWO ) | |
| INTERACTIVE SOFTWARE, INC., THQ ) | |
| INC., and UBISOFT, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by plaintiff Walker Digital, LLC and defendant Sony Computer Entertainment America LLC ("Sony"), subject to the approval of the Court, that the time for Sony to move, answer or otherwise respond to the Complaint is extended until June 17, 2011.

2

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue – Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>*Attorneys for Sony Computer Entertainment America LLC* |

SO ORDERED this _____ day of May 2011.

_____ J.