**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>2K GAMES, INC.; 2K SPORTS, INC.;<br>CAPCOM ENTERTAINMENT, INC.;<br>CAPCOM U.S.A., INC.; ELECTRONIC ARTS, INC.;<br>KONAMI DIGITAL ENTERTAINMENT, INC.;<br>MICROSOFT CORP.; ROCKSTAR GAMES, INC.;<br>SEGA OF AMERICA, INC.; SONY COMPUTER<br>ENTERTAINMENT AMERICA LLC; SQUARE ENIX<br>OF AMERICA HOLDINGS, INC.; SQUARE ENIX,<br>INC.; TAKE-TWO INTERACTIVE SOFTWARE, INC.;<br>THQ INC., and UBISOFT, INC.<br><br>　　　　　　　Defendants. | C.A. No. 11-368-UNA |

**NOTICE OF VOLUNTARY DISMISSAL OF
2K GAMES, INC., 2K SPORTS, INC. AND ROCKSTAR GAMES, INC.**

　　　　PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Walker Digital, LLC hereby voluntarily dismisses its claims against Defendants 2K Games, Inc., 2K Sports, Inc., and Rockstar Games, Inc. in the above-captioned action without prejudice, with each party to bear its own attorneys fees and costs.

| | |
|---|---|
| May 4, 2011 | BAYARD, P.A. |
| Of Counsel: | /s/ *Stephen B. Brauerman*<br>Richard D. Kirk (rk0922) |
| Sandra C. McCallion<br>Karen H. Bromberg<br>Francisco A. Villegas<br>**COHEN & GRESSER LLP**<br>800 Third Avenue<br>New York, New York 10022<br>(212) 957-7600 | Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>*Attorneys for Plaintiff Walker Digital, LLC* |