IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC<br><br>      Plaintiff,<br><br>  v.<br><br><br>2K GAMES, INC., et al.,<br><br>      Defendants. | Civil Action No. 11-368-GMS |

**STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to the approval of the Court, as follows:

  (1)  The time within which defendant Microsoft Corporation ("Microsoft") shall move, answer or otherwise respond to the Complaint (D.I. 1) be extended through and including June 20, 2011;

  (2)  Microsoft acknowledges and accepts service of the Complaint; and

  (3)  Although appearing for the purpose of this stipulation by its in-house counsel, Microsoft acknowledges and will abide by any and all Local Rules of this District, including the Delaware counsel requirement.

| BAYARD, P.A. | MICROSOFT CORPORATION |
|---|---|
| /s/ *Richard D. Kirk* | /s/ *Isabella Fu* |
| Richard D. Kirk (#922) | Isabella Fu |
| Stephen B. Brauerman (#4952) | One Microsoft Way |
| 222 Delaware Avenue, Suite 900 | Redmond, WA  98052 |
| P.O. Box 25130 | isabella.fu@microsoft.com |
| Wilmington, DE 19899 | |
| (302) 655-5000 | *Attorney for Microsoft Corporation* |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | |

*Attorneys for Plaintiff Walker Digital, LLC*

　　　　　　　IT IS SO ORDERED this _____ day of _____, 2011.

　　　　　　　　　　_____
　　　　　　　　　　United States District Judge