# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC<br><br>                    Plaintiff,<br><br>v.<br><br>2K GAMES, INC., et al.,<br><br>                    Defendants. | Civil Action No. 11-368-GMS |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Plaintiff Walker Digital, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for Defendant Ubisoft, Inc. ("Defendant") to answer, move, or otherwise respond to the Complaint herein up to and including June 20, 2011 (from May 19, 2011). The grounds for this motion are that Defendant has requested, and Plaintiff has agreed, to extend the deadline to answer, move, or otherwise respond to the Complaint, as set forth above, while it obtains counsel and investigates the claims made. Defendant consents to the filing of this motion.

| | |
|---|---|
| May 16, 2011 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Richard D. Kirk* (rk0922)<br>Richard D. Kirk (rk922) |
| Sandra C. McCallion | Stephen B. Brauerman (sb4952) |
| Karen H. Bromberg | 222 Delaware Avenue, Suite 900 |
| Francisco A. Villegas | P.O. Box 25130 |
| COHEN & GRESSER LLP | Wilmington, DE 19899 |
| 800 Third Avenue | (302) 655-5000 |
| New York, New York 10022 | rkirk@bayardlaw.com |
| (212) 957-7600 | sbrauerman@bayardlaw.com |
| | *Attorneys for Plaintiff Walker Digital, LLC* |

            IT IS SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge