# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>2K GAMES, INC., *et al.*,<br><br>     Defendants. | C.A. No. 11-368-GMS |

## UNOPPOSED MOTION TO EXTEND TIME OF
## CERTAIN NAMED DEFENDANTS TO RESPOND TO COMPLAINT

Plaintiff Walker Digital, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendants Capcom Entertainment Inc., Capcom USA Inc., Electronic Arts Inc., Konami Digital Entertainment Inc., Sega of America Inc., Square Enix of America Holdings Inc., Square Enix Inc., and THQ Inc. ("Defendants") to answer, move or otherwise respond to the Complaint filed in this matter until June 20, 2011 (extended from May 19, 2011). The grounds for this motion are that Defendants requested, and Plaintiff has agreed, to extend the deadline to answer, move, or otherwise respond to the Complaint, as set forth above, while they select counsel and while counsel investigates the claims made against them. Defendants consent to the filing of this motion.

| | |
|---|---|
| May 17, 2011<br>Of Counsel:<br><br>Karen H. Bromberg<br>Sandra C. McCallion<br>Damir Cefo<br>Francisco A. Villegas<br>Jordan S. Adler<br>Evan M. Rosenbaum<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 957-7600<br>kbromberg@cohengresser.com<br>smccallion@cohengresser.com<br>dcefo@cohengresser.com<br>fvillegas@cohengresser.com<br>jadler@cohengresser.com<br>erosenbaum@cohengresser.com | BAYARD, P.A.<br><br>/s/ *Richard D. Kirk*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff Walker Digital, LLC* |

**SO ORDERED** this _____ day of May, 2011.

_____
United States District Judge