IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-368 (GMS) |
| | ) |
| 2K GAMES, INC., 2K SPORTS, INC., | ) |
| CAPCOM ENTERTAINMENT, INC. | ) |
| CAPCOM U.S.A., INC., ELECTRONIC | ) |
| ARTS, INC., KONAMI DIGITAL | ) |
| ENTERTAINMENT, INC., MICROSOFT | ) |
| CORP., ROCKSTAR GAMES, INC., SEGA | ) |
| OF AMERICA, INC., SONY COMPUTER | ) |
| ENTERTAINMENT AMERICA LLC, | ) |
| SQUARE ENIX OF AMERICA HOLDINGS, | ) |
| INC., SQUARE ENIX, INC., TAKE-TWO | ) |
| INTERACTIVE SOFTWARE, INC., THQ | ) |
| INC., and UBISOFT, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for admission *pro hac vice* of Karineh Khachatourian and Bryan Sinclair of K&L Gates LLP to represent Sony Computer Entertainment America LLC in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Sony Computer Entertainment America LLC*

June 1, 2011

2

SO ORDERED, this ___ day of _____ 2011.

_____
U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 6/1/11

Karineh Khachatourian
K&L Gates LLP
630 Hansen Way
Palo Alto, CA 94304

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 6/1/11

Bryan Sinclair
K&L Gates LLP
630 Hansen Way
Palo Alto, CA 94304

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 1, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

      Richard D. Kirk, Esquire
      Stephen B. Brauerman, Esquire
      BAYARD, P.A.

      Steven J. Balick, Esquire
      Tiffany Geyer Lydon, Esquire
      Andrew C. Mayo, Esquire
      ASHBY & GEDDES

  I further certify that I caused copies of the foregoing document to be served on June 1, 2011, upon the following in the manner indicated:

Richard D. Kirk, Esquire               *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

Sandra C. McCallion, Esquire             *VIA ELECTRONIC MAIL*
Karen J. Bromberg, Esquire
Francisco A. Villegas, Esquire
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
*Attorneys for Plaintiff*

Isabella Fu, Esquire                 *VIA ELECTRONIC MAIL*
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA  98052

              */s/ Rodger D. Smith II*
              _____
              Rodger D. Smith II (#3778)