**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>2K GAMES, INC., et al.,<br><br>　　　　　Defendants. | C.A. No. 11-CV-00368-GMS |

**STIPULATION AND ORDER**

　　　　IT IS HEREBY STIPULATED by Plaintiff Walker Digital, LLC, and Defendant Microsoft Corp., subject to the approval of the Court, that the time for Defendant to move, answer, or otherwise respond to the Complaint is extended until July 11, 2011.

　　　　The reason for this request is to permit Defendant to investigate the claims in greater detail, and to determine how to respond to the Complaint [D.I. 1]. Furthermore, Defendant has requested and Plaintiff has agreed to the additional time to respond to the Complaint. The requested extension should not disrupt the schedule this case, as there is no Scheduling Order in place at this time.

/

/

/

/

| | |
|---|---|
| BAYARD, P.A. | FISH & RICHARDSON P.C. |
| /s/ Richard D. Kirk | /s/ Lauren Murphy Pringle |
| Richard D. Kirk (#922) | William J. Marsden, Jr. (#2247) |
| Stephen B. Brauerman (#4952) | Tara D. Elliott (#4483) |
| 222 Delaware Avenue, Suite 900 | Lauren Murphy Pringle (#5375) |
| Wilmington, DE 19801 | 222 Delaware Avenue, 17th Floor |
| Tel: 302-655-5000 | P.O. Box 1114 |
| rkirk@bayardlaw.com | Wilmington, DE 19899-1114 |
| sbrauerman@bayardlaw.com | Tel: 302-652-5070 |
| | marsden@fr.com |
| *Attorneys for Plaintiff Walker Digital, LLC* | elliott@fr.com |
| | pringle@fr.com |
| | *Attorneys for Defendant Microsoft Corp.* |

IT IS SO ORDERED, this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE