IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-368 (GMS) |
| | ) |
| 2K GAMES, INC., 2K SPORTS, INC., CAPCOM ENTERTAINMENT, INC. CAPCOM U.S.A., INC., ELECTRONIC ARTS, INC., KONAMI DIGITAL ENTERTAINMENT, INC., MICROSOFT CORP., ROCKSTAR GAMES, INC., SEGA OF AMERICA, INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, SQUARE ENIX OF AMERICA HOLDINGS, INC., SQUARE ENIX, INC., TAKE-TWO INTERACTIVE SOFTWARE, INC., THQ INC., and UBISOFT, INC., | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by plaintiff Walker Digital, LLC and defendant Sony Computer Entertainment America LLC ("Sony"), subject to the approval of the Court, that the time for Sony to move, answer or otherwise respond to the Complaint is extended until July 11, 2011.

The reason for this request is to permit Sony's counsel to investigate the claims and to determine how to respond to the complaint.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Rodger D. Smith II* |
| Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue – Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>*Attorneys for Sony Computer Entertainment America LLC* |

SO ORDERED this _____ day of June 2011.

_____
                J.