# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>2K GAMES, INC., *et al.*,<br><br>                Defendants. | C.A. No. 11-368-GMS |

## UNOPPOSED MOTION TO EXTEND TIME OF
## CERTAIN NAMED DEFENDANTS TO RESPOND TO COMPLAINT

Plaintiff Walker Digital, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendants Capcom Entertainment Inc., Capcom USA Inc., Electronic Arts Inc., Sega of America Inc., THQ Inc. and Ubisoft, Inc. ("Defendants") to answer, move or otherwise respond to the Complaint filed in this matter until July 20, 2011 (extended from June 20, 2011). The grounds for this motion are that Defendants requested, and Plaintiff has agreed, to extend the deadline to answer, move, or otherwise respond to the Complaint, as set forth above, while they select counsel and while counsel investigates the claims made against them. Defendants consent to the filing of this motion.

<table>
<tr><td>

June 15, 2011

Of Counsel:

Karen H. Bromberg
Sandra C. McCallion
Damir Cefo
Francisco A. Villegas
Jordan S. Adler
Evan M. Rosenbaum
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
(212) 957-7600
kbromberg@cohengresser.com
smccallion@cohengresser.com
dcefo@cohengresser.com
fvillegas@cohengresser.com
jadler@cohengresser.com
erosenbaum@cohengresser.com

</td><td>

BAYARD, P.A.

/s/ *Richard D. Kirk*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Walker Digital, LLC*

</td></tr>
</table>

**SO ORDERED** this _____ day of June, 2011.

_____
United States District Judge