## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>2K GAMES, INC., *et al.*,<br><br>                    Defendants. | C.A. No. 11-368-GMS |

**UNOPPOSED MOTION TO EXTEND TIME OF**
**CERTAIN NAMED DEFENDANTS TO RESPOND TO COMPLAINT**

Plaintiff Walker Digital, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendants Konami Digital Entertainment, Inc., Square Enix of America Holdings, Inc. and Square Enix, Inc. ("Defendants") to answer, move or otherwise respond to the Complaint filed in this matter until July 20, 2011 (extended from June 20, 2011). The grounds for this motion are that Defendants requested, and Plaintiff has agreed, to extend the deadline to answer, move, or otherwise respond to the Complaint, as set forth above, while they select counsel and while counsel investigates the claims made against them. Defendants consent to the filing of this motion.

| | |
|---|---|
| June 20, 2011<br><br>Of Counsel:<br><br>Karen H. Bromberg<br>Sandra C. McCallion<br>Damir Cefo<br>Francisco A. Villegas<br>Jordan S. Adler<br>Evan M. Rosenbaum<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 957-7600<br>kbromberg@cohengresser.com<br>smccallion@cohengresser.com<br>dcefo@cohengresser.com<br>fvillegas@cohengresser.com<br>jadler@cohengresser.com<br>erosenbaum@cohengresser.com | BAYARD, P.A.<br><br>/s/ *Richard D. Kirk*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff Walker Digital, LLC* |

**SO ORDERED** this _____ day of June, 2011.

_____
United States District Judge