IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-368 (GMS) |
| | ) |
| 2K GAMES, INC., 2K SPORTS, INC., | ) |
| CAPCOM ENTERTAINMENT, INC. | ) |
| CAPCOM U.S.A., INC., ELECTRONIC | ) |
| ARTS, INC., KONAMI DIGITAL | ) |
| ENTERTAINMENT, INC., MICROSOFT | ) |
| CORP., ROCKSTAR GAMES, INC., SEGA | ) |
| OF AMERICA, INC., SONY COMPUTER | ) |
| ENTERTAINMENT AMERICA LLC, | ) |
| SQUARE ENIX OF AMERICA HOLDINGS, | ) |
| INC., SQUARE ENIX, INC., TAKE-TWO | ) |
| INTERACTIVE SOFTWARE, INC., THQ | ) |
| INC., and UBISOFT, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of attorneys Wayne Barsky, Jason C. Lo, Timothy P. Best, Jennifer J. Rho and Neema Jalali of GIBSON, DUNN & CRUTCHER to represent defendants Capcom Entertainment, Inc., Capcom U.S.A., Inc., Electronic Arts, Inc., Sega of America, Inc., THQ, Inc. and Ubisoft, Inc. in this matter.

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Melissa L. Troutner (#4627)*

                                              Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Melissa L. Troutner (#4627)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
mtroutner@mnat.com

*Attorneys for Capcom Entertainment, Inc., Capcom U.S.A., Inc., Electronic Arts, Inc., Sega of America, Inc., THQ Inc., and Ubisoft, Inc.*

July 6, 2011

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____  _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 7/5/2011

Wayne Barsky
GIBSON DUNN & CRUTCHER
2029 Century Park East
Los Angeles, CA 90067-3026
(310) 552-8500
wbarsky@gibsondunn.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 7/5/2011

Jason C. Lo
GIBSON DUNN & CRUTCHER
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
jlo@gibsondunn.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 29 June, 2011

Timothy P. Best
GIBSON DUNN & CRUTCHER
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
tbest@gibsondunn.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 6/29/2011

Jennifer J. Rho
GIBSON DUNN & CRUTCHER
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
jrho@gibsondunn.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 7-1-11

*/s/ Neema Jalali*
Neema Jalali
GIBSON DUNN & CRUTCHER
555 Mission Street
Suite 3000
San Francisco, CA 94105-2933
(415) 393-8200
njalali@gibsondunn.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard D. Kirk, Esquire
>Stephen B. Brauerman, Esquire
>BAYARD, P.A.
>
>William J. Marsden, Esquire
>Tara D. Elliott, Esquire
>Lauren Murphy Pringle, Esquire
>FISH & RICHARDSON P.C.

I further certify that I caused copies of the foregoing document to be served on July 6, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Sandra C. McCallion, Esquire<br>Karen J. Bromberg, Esquire<br>Francisco A. Villegas, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY  10022<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| William J. Marsden, Esquire<br>Tara D. Elliott, Esquire<br>Lauren Murphy Pringle, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue – 17th Floor<br>Wilmington, DE  19801<br>*Attorneys for Microsoft Corp.* | VIA ELECTRONIC MAIL |

Benjamin J. Fox, Esquire                                     *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
555 West Fifth Street
Suite 3500
Los Angeles, CA 90013-1024
*Attorneys for Konami Digital Entertainment, Inc.*

Karineh Khachatourin, Esquire                                *VIA ELECTRONIC MAIL*
Bryan Sinclair, Esquire
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
*Attorneys for Sony Computer Entertainment America LLC*


　　　　　　　　　　　　　　　　　　　　　　*/s/ Melissa L. Troutner (#4627)*

　　　　　　　　　　　　　　　　　　　　　　Melissa L. Troutner (#4627)