IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-368 (GMS) |
| | ) |
| 2K GAMES, INC., 2K SPORTS, INC., CAPCOM ENTERTAINMENT, INC. CAPCOM U.S.A., INC., ELECTRONIC ARTS, INC., KONAMI DIGITAL ENTERTAINMENT, INC., MICROSOFT CORP., ROCKSTAR GAMES, INC., SEGA OF AMERICA, INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, SQUARE ENIX OF AMERICA HOLDINGS, INC., SQUARE ENIX, INC., TAKE-TWO INTERACTIVE SOFTWARE, INC., THQ INC., and UBISOFT, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for admission pro hac vice of Charles S. Barquist, Benjamin J. Fox and Wendy J. Ray of Morrison & Foerster LLP to represent Konami Digital Entertainment, Inc., Square Enix, Inc., and Square Enix of America Holdings, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Konami Digital Entertainment, Inc., Square Enix, Inc., and Square Enix of America Holdings, Inc.*

July 7, 2011
4335676

SO ORDERED, this ___day of _____ 2011.

U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7/6/2011

Charles S. Barquist
Morrison & Foerster LLP
555 West Fifth Street
Los Angeles, CA 90013

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7/6/11

Benjamin J. Fox
Morrison Foerster LLP
555 West Fifth Street
Los Angeles, CA 90013

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7/6/11

Wendy J. Ray
Morrison & Foerster LLP
555 West Fifth Street
Los Angeles, CA 90013

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard D. Kirk, Esquire
>Stephen B. Brauerman, Esquire
>BAYARD, P.A.
>
>William J. Marsden, Esquire
>Tara D. Elliott, Esquire
>Lauren Murphy Pringle, Esquire
>FISH & RICHARDSON P.C.

I further certify that I caused copies of the foregoing document to be served on July 7, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Sandra C. McCallion, Esquire<br>Karen J. Bromberg, Esquire<br>Francisco A. Villegas, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY  10022<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| William J. Marsden, Esquire<br>Tara D. Elliott, Esquire<br>Lauren Murphy Pringle, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue – 17th Floor<br>Wilmington, DE  19801<br>*Attorneys for Microsoft Corp.* | *VIA ELECTRONIC MAIL* |

2

Karineh Khachatourin, Esquire                                                                                        *VIA ELECTRONIC MAIL*
Bryan Sinclair, Esquire
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
*Attorneys for Sony Computer Entertainment*
*America LLC*


                                                                                        */s/ Rodger D. Smith II*
                                                                                        _____
                                                                                        Rodger D. Smith II (#3778)