IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-368 (GMS) |
| | ) | |
| 2K GAMES, INC., 2K SPORTS, INC., CAPCOM ENTERTAINMENT, INC. CAPCOM U.S.A., INC., ELECTRONIC ARTS, INC., KONAMI DIGITAL ENTERTAINMENT, INC., MICROSOFT CORP., ROCKSTAR GAMES, INC., SEGA OF AMERICA, INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, SQUARE ENIX OF AMERICA HOLDINGS, INC., SQUARE ENIX, INC., TAKE-TWO INTERACTIVE SOFTWARE, INC., THQ INC., and UBISOFT, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT AND COUNTERCLAIMANT SONY COMPUTER ENTERTAINMENT AMERICA LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant and counterclaimant Sony Computer Entertainment America LLC ("SCEA"), by and through its undersigned attorneys, hereby discloses that it is an indirect, wholly owned subsidiary of Sony Corporation, whose principal place of business is located at 1-7-1 Konan, Minato-ku, Tokyo 108-0075, Japan. Sony Corporation's common stock trades principally on the Tokyo Stock Exchange and its American Depository Receipts related to its common stock are traded on the New York Stock Exchange. SCEA has no other additional corporate or other parents, subsidiaries, affiliates, securities or other interests which are publicly held or traded on an American Stock exchange.

                                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                  */s/ Rodger D. Smith II*

                                                  _____

                                                  Jack B. Blumenfeld (#1014)
                                                  Rodger D. Smith II (#3778)
                                                  1201 North Market Street
                                                  P.O. Box 1347
                                                  Wilmington, DE  19899
                                                  (302) 658-9200
OF COUNSEL:                               jblumenfeld@mnat.com
                                                  rsmith@mnat.com

Karineh Khachatourian                 *Attorneys for Sony Computer Entertainment*
Bryan Sinclair                                      *America LLC*
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
(650) 798-6700


July 11, 2011
4369896.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard D. Kirk, Esquire
>Stephen B. Brauerman, Esquire
>BAYARD, P.A.
>
>William J. Marsden, Esquire
>Tara D. Elliott, Esquire
>Lauren Murphy Pringle, Esquire
>FISH & RICHARDSON P.C.

I further certify that I caused copies of the foregoing document to be served on July 11, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Sandra C. McCallion, Esquire<br>Karen J. Bromberg, Esquire<br>Francisco A. Villegas, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY  10022<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| William J. Marsden, Esquire<br>Tara D. Elliott, Esquire<br>Lauren Murphy Pringle, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue – 17th Floor<br>Wilmington, DE  19801<br>*Attorneys for Microsoft Corp.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Charles S. Barquist, Esquire<br>Benjamin J. Fox, Esquire<br>Wendy J. Ray, Esquire<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street<br>Suite 3500<br>Los Angeles, CA 90013-1024<br>*Attorneys for Konami Digital Entertainment, Inc., Square Enix, Inc. and Square Enix of America Holdings, Inc.* | *VIA ELECTRONIC MAIL* |
| Wayne M. Barsky, Esquire<br>H. Mark Lyon, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East<br>Los Angeles, CA  90067<br>*Attorneys for Capcom Entertainment, Inc., Capcom U.S.A., Inc., Electronic Arts, Inc., Sega of America, Inc., THQ, INc. And Ubisoft, Inc.* | *VIA ELECTRONIC MAIL* |
| Jason C. Lo, Esquire<br>Timothy P. Best, Esquire<br>Jennifer J. Rho, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>*Attorneys for Capcom Entertainment, Inc., Capcom U.S.A., Inc., Electronic Arts, Inc., Sega of America, Inc., THQ, INc. And Ubisoft, Inc.* | *VIA ELECTRONIC MAIL* |

Neema Jalali, Esquire  *VIA ELECTRONIC MAIL*
G<span>IBSON</span>, D<span>UNN</span> & C<span>RUTCHER</span> LLP
555 Mission Street
Suite 3000
San Franciso, CA  94105-2933
*Attorneys for Capcom Entertainment, Inc.,*
*Capcom U.S.A., Inc., Electronic Arts, Inc.,*
*Sega of America, Inc., THQ, INc. And Ubisoft,*
*Inc.*

　　　　　　　　　　　　　　　　　　　　*/s/ Rodger D. Smith II*

　　　　　　　　　　　　　　　　　　　　Rodger D. Smith II (#3778)