# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>2K GAMES, INC., et al.,<br><br>    Defendants. | C.A. No. 11-368-GMS<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT MICROSOFT CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Microsoft Corporation ("Microsoft") discloses the following: Microsoft has no parent corporation. No publicly held corporation owns 10% or more of Microsoft's stock.

Dated: July 11, 2011

FISH & RICHARDSON P.C.

By: */s/ Lauren Murphy Pringle*
  William J. Marsden, Jr. (#2247)
  Tara D. Elliott (#4483)
  Lauren Murphy Pringle (#5375)
  222 Delaware Avenue, 17th Floor
  P.O. Box 1114
  Wilmington, DE 19899
  (302) 652-5070
  marsden@fr.com
  tde@fr.com
  pringle@fr.com

Attorney for Defendant Microsoft Corporation