IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER DIGITAL, LLC,

        Plaintiff,

v.

2K GAMES, INC., et al.,

        Defendants.

C.A. No. 11-368-GMS

**JURY TRIAL DEMANDED**

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission Pro Hac Vice of Frank E. Scherkenbach, Jason W. Wolff, John W. Thornburgh, Tal Kedem and Robert C. Earle to represent Microsoft Corp. in this matter.

FISH & RICHARDSON P.C.

By:   */s/ Lauren Murphy Pringle*
     William J. Marsden, Jr. (#2247)
     Tara D. Elliott (4483)
     Lauren Murphy Pringle (#5375)
     222 Delaware Avenue, 17th Floor
     P.O. Box 1114
     Wilmington, DE 19899
     Telephone: (302) 652-5070
     marsden@fr.com
     pringle@fr.com

Date: July 19, 2011

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Signed: *(signature)*
Frank E. Scherkenbach
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02110
617-521-7883
scherkenbach@fr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Signed: _____
Jason W. Wolff
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
858-678-4719
wolff@fr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Signed: _____
John W. Thornburgh
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
858-678-4312
thornburgh@fr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Signed: _/s/ Tal Kedem_
Tal Kedem
Fish & Richardson P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022-4611
212-641-2220
kedem@fr.com