**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>CAPCOM ENTERTAINMENT, INC., CAPCOM U.S.A., INC., ELECTRONIC ARTS, INC., KONAMI DIGITAL ENTERTAINMENT, INC., MICROSOFT CORPORATION, SEGA OF AMERICA, INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, SQUARE ENIX OF AMERICA HOLDINGS, INC., SQUARE ENIX, INC., THQ INC., and UBISOFT, INC.,<br><br>             Defendants. | C. A. No. 11-368-GMS |

**PLAINTIFF WALKER DIGITAL, LLC'S ANSWER TO
SEGA OF AMERICA, INC.'S COUNTERCLAIMS**

Plaintiff Walker Digital, LLC ("Walker Digital"), by and through its undersigned counsel, as and for its Answer to the Counterclaims of Defendant Sega of America, Inc. ("Sega") (D.I. 32), states as follows:

**THE PARTIES**

145.    Walker Digital lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 145 of the Counterclaims.

146.    Admitted that Walker Digital is a limited liability company with its principal place of business at 2 High Ridge Park, Stamford, Connecticut.

**JURISDICTION AND VENUE**

147.    Admitted.

148.    Admitted.

149.    Admitted.

150.    Admitted.

151.    Admitted, except Walker Digital denies that the '486 patent is invalid and that Sega has not infringed and is not infringing the '486 Patent.

152.    Denied.

## FIRST COUNTERCLAIM
### (Declaratory Judgment of Non-Infringement)

153.    Walker Digital incorporates its response to paragraphs 145-152 of Sega's Counterclaims as if fully set forth herein.

154.    Admitted.

155.    Denied.

156.    Walker Digital admits the allegations contained in the first sentence of Paragraph 156 of the Counterclaims.   Walker Digital denies the allegations contained in the second sentence of paragraph 156 of the Counterclaims.

## SECOND COUNTERCLAIM
### (Declaratory Judgment of Invalidity)

157.    Walker Digital incorporates its response to paragraphs 145-156 of Sega's Counterclaims as if fully set forth herein.

158.    Admitted.

159.    Denied.

160.    Walker Digital admits the allegations contained in the first sentence of Paragraph 160 of the Counterclaims.   Walker Digital denies the allegations contained in the second sentence of paragraph 160 of the Counterclaims.

## AFFIRMATIVE DEFENSES

Walker Digital asserts the following defense and reserves the right to amend its Answer as new information becomes available.  The listing of any defense below shall not be construed as an admission that Walker Digital bears the burden of proof as to such defense:

## AFFIRMATIVE DEFENSE

The Counterclaims fail to state a claim upon which relief may be granted.

## PRAYER FOR RELIEF

WHEREFORE, Walker Digital demands the following relief:

(i)   Judgment in favor of Walker Digital;

(ii)   Judgment dismissing Sega's Counterclaims with prejudice;

(iii)   Such other and further relief as the Court deems just and equitable.

August 15, 2011

OF COUNSEL:

Sandra C. McCallion
Karen H. Bromberg
Francisco A. Villegas
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
(212) 957-7600

BAYARD, P.A.

*/s/ Richard D. Kirk (rk0922)*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
(302) 655-5000

*Attorneys for Plaintiff Walker Digital, LLC*