IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  11-00368-GMS |
| | ) | |
| CAPCOM ENTERTAINMENT, INC., | ) | JURY TRIAL DEMANDED |
| CAPCOM U.S.A., INC., ELECTRONIC | ) | |
| ARTS, INC., KONAMI DIGITAL | ) | |
| ENTERTAINMENT, INC., MICROSOFT | ) | |
| CORPORATION, SEGA OF AMERICA, | ) | |
| INC., SONY COMPUTER | ) | |
| ENTERTAINMENT AMERICA LLC, | ) | |
| SQUARE ENIX OF AMERICA HOLDINGS, | ) | |
| INC., SQUARE ENIX, INC., THQ INC., and | ) | |
| UBISOFT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO NOTICE OF RELATED MATTER

Defendants Capcom Entertainment, Inc., Capcom U.S.A., Inc., Electronic Arts, Inc.,

Konami Digital Entertainment, Inc., Sega of America, Inc., Sony Computer Entertainment

America LLC, Square Enix of America Holdings, Inc., Square Enix, Inc., THQ, Inc. and Ubisoft,

Inc. (together, the "Objecting Defendants") hereby respond to the Notice of Related Matter

(the "Notice") filed by Microsoft Corporation in *Walker Digital LLC v. Google Inc. et al.*, C.A.

No. 11-369-GMS (D.I. 46), to which the Objecting Defendants are not parties.[1]

The Objecting Defendants respectfully disagree with Microsoft's suggestion that the

cases identified in its Notice are related to, or should be coordinated or consolidated with, this

action.  The cases identified by Microsoft involve different patents and different accused

technologies than those at issue here.  Further, the Objecting Defendants are not parties in the

---

[1]     A copy of Microsoft's Notice in Case No. 11-369-GMS is attached for the Court's
convenience.

cases listed by Microsoft.  Accordingly, the Objecting Defendants believe that requiring them to

coordinate with unrelated defendants in cases involving different patents and different accused

technologies would impose an undue burden on these defendants without any benefit to the

Court or the litigants.[2]

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for the Objecting Defendants*

September 7, 2011

---

[2]   Microsoft has not expressly requested coordination or consolidation in its Notice of Related Actions.  To the extent that Microsoft intends to seek coordination or consolidation in the future, the Objecting Defendants would oppose any coordination or consolidation for the reasons explained in this Response.

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WALKER DIGITAL, LLC,

               Plaintiff,

    v.

GOOGLE INC., et al.,

               Defendants.

C.A. No. 11-CV-00369-GMS

### NOTICE OF RELATED MATTER

PLEASE TAKE NOTICE, pursuant to Local Rules 3.1(b)(2) and (b)(4), Microsoft Corporation, hereby identifies *Walker Digital, LLC v. Google Inc., et al.*, C.A. 11-cv-00311-PSD, as a related case, as it involves four of the same parties. In addition, internet advertising related-services are involved in both cases, and the Microsoft services accused in the respective complaints appear to be overlapping. A notice of related case was filed in *Walker Digital, LLC v. Google Inc., et al.*, C.A. No. 11-cv-311-PSD, to indicate that it was related to the above-captioned matter.

Pursuant to Local Rule 3.1(b)(4), please take notice that *Walker Digital LLC v. Microsoft Corp., et al.*, C.A. 11-cv-00368-GMS and *Walker Digital LLC v. Microsoft Corp., et al.*, C.A. 11-cv-696, also involve parties overlapping with those in the above-captioned matter.

Dated: August 25, 2011

FISH & RICHARDSON P.C.

By:  */s  Tara D. Elliott*
     William J. Marsden, Jr. (#2247)
     Tara D. Elliott (#4483)
     Lauren Murphy Pringle (#5375)
     222 Delaware Avenue, 17th Floor
     P.O. Box 1114
     Wilmington, DE 19899-1114
     Tel: 302-652-5070
     marsden@fr.com
     elliott@fr.com
     pringle@fr.com

     *Attorneys for Defendants Microsoft Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> BAYARD, P.A.
>
> William J. Marsden, Esquire
> Tara D. Elliott, Esquire
> Lauren Murphy Pringle, Esquire
> FISH & RICHARDSON P.C.

I further certify that I caused copies of the foregoing document to be served on September 7, 2011, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                          *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

Sandra C. McCallion, Esquire                                      *VIA ELECTRONIC MAIL*
Karen J. Bromberg, Esquire
Francisco A. Villegas, Esquire
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
*Attorneys for Plaintiff*

William J. Marsden, Esquire                                       *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corp.*

Frank W. Scherkenbach, Esquire                    *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corp.*

Jason W. Wolff, Esquire                           *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corp.*

Tal Kedem, Esquire                                *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corp.*

Robert C. Earle, Esquire                          *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corp.*

Jack B. Blumenfeld (#1014)

2