IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-368 (GMS) |
| | ) |
| 2K GAMES, INC., 2K SPORTS, INC., | ) |
| CAPCOM ENTERTAINMENT, INC. | ) |
| CAPCOM U.S.A., INC., ELECTRONIC | ) |
| ARTS, INC., KONAMI DIGITAL | ) |
| ENTERTAINMENT, INC., MICROSOFT | ) |
| CORP., ROCKSTAR GAMES, INC., SEGA | ) |
| OF AMERICA, INC., SONY COMPUTER | ) |
| ENTERTAINMENT AMERICA LLC, | ) |
| SQUARE ENIX OF AMERICA HOLDINGS, | ) |
| INC., SQUARE ENIX, INC., TAKE-TWO | ) |
| INTERACTIVE SOFTWARE, INC., THQ | ) |
| INC., and UBISOFT, INC., | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

PLEASE TAKE NOTICE that the appearance of Melissa L. Troutner should be withdrawn as an attorney of record for Defendants Capcom Entertainment, Inc., Capcom U.S.A., Inc., Electronic Arts, Inc., Sega of America, Inc. THQ Inc., and Ubisoft, Inc. (collectively "Defendants") in the above case. All other current counsel of record will continue to represent Defendants in this matter, and are not intended to be affected by this notice.

It is requested that the Clerk of the Court please make the appropriate deletion in the list of persons receiving notices of electronic filings in this case.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Melissa L. Troutner* |
|  | Jack B. Blumenfeld (#1014) |
|  | Rodger D. Smith II (#3778) |
|  | Melissa L. Troutner (#4627) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE  19899 |
|  | (302) 658-9200 |
|  | jblumenfeld@mnat.com |
| Wayne M. Barsky, Esquire | rsmith@mnat.com |
| H. Mark Lyon, Esquire | mtroutner@mnat.com |
| GIBSON, DUNN & CRUTCHER LLP | *Attorneys for Capcom Entertainment, Inc.,* |
| 2029 Century Park East | *Capcom U.S.A., Inc., Electronic Arts, Inc.,* |
| Los Angeles, CA  90067 | *Sega of America, Inc. THQ Inc., and Ubisoft,* |
| (310) 552-8500 | *Inc.* |

Jason C. Lo, Esquire
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
(213) 229-7000

Neema Jalali, Esquire
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Franciso, CA  94105-2933
(415) 393-8200

March 9, 2012

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Sandra C. McCallion, Esquire<br>Karen J. Bromberg, Esquire<br>Francisco A. Villegas, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY  10022<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| William J. Marsden, Esquire<br>Tara D. Elliott, Esquire<br>Lauren Murphy Pringle, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue – 17th Floor<br>Wilmington, DE  19801<br>*Attorneys for Microsoft Corp.* | *VIA ELECTRONIC MAIL* |
| Frank W. Scherkenbach, Esquire<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA  02110<br>*Attorneys for Microsoft Corp.* | *VIA ELECTRONIC MAIL* |

Jason W. Wolff, Esquire     *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
*Attorneys for Microsoft Corp.*

Tal Kedem, Esquire     *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY 10022-4611
*Attorneys for Microsoft Corp.*

Robert C. Earle, Esquire     *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
*Attorneys for Microsoft Corp.*

Charles S. Barquist, Esquire     *VIA ELECTRONIC MAIL*
Benjamin J. Fox, Esquire
Wendy J. Ray, Esquire
MORRISON & FOERSTER LLP
555 West Fifth Street
Suite 3500
Los Angeles, CA 90013-1024
*Attorneys for Konami Digital Entertainment,*
*Inc., Square Enix, Inc. and Square Enix of*
*America Holdings, Inc.*

Karineh Khachatourin, Esquire     *VIA ELECTRONIC MAIL*
Bryan Sinclair, Esquire
K&L GATES LLP
630 Hansen Way
Palo Alto, CA 94304
*Attorneys for Sony Computer Entertainment*
*America LLC*

| | |
|---|---|
| Wayne M. Barsky, Esquire<br>H. Mark Lyon, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East<br>Los Angeles, CA  90067<br>*Attorneys for Capcom Entertainment, Inc.,*<br>*Capcom U.S.A., Inc., Electronic Arts, Inc.,*<br>*Sega of America, Inc., THQ, Inc. And Ubisoft,*<br>*Inc.* | *VIA ELECTRONIC MAIL* |
| Jason C. Lo, Esquire<br>Timothy P. Best, Esquire<br>Jennifer J. Rho, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>*Attorneys for Capcom Entertainment, Inc.,*<br>*Capcom U.S.A., Inc., Electronic Arts, Inc.,*<br>*Sega of America, Inc., THQ, Inc. And Ubisoft,*<br>*Inc.* | *VIA ELECTRONIC MAIL* |
| Neema Jalali, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>Suite 3000<br>San Franciso, CA  94105-2933<br>*Attorneys for Capcom Entertainment, Inc.,*<br>*Capcom U.S.A., Inc., Electronic Arts, Inc.,*<br>*Sega of America, Inc., THQ, Inc. And Ubisoft,*<br>*Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Melissa L. Troutner*

Melissa L. Troutner (#4627)