# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WALKER DIGITAL, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>2K GAMES, INC., *et al.*,<br><br>      Defendants. | C.A. No. 11-368-RGA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearances of Evan Rosenbaum, Esquire and Jordan Adler, Esquire, on behalf of Plaintiff Walker Digital, LLC, as they are no longer associated with Cohen & Gresser LLP. All other appearances of counsel shall remain the same. Please adjust your service lists accordingly.

| | |
|---|---|
| April 5, 2012<br>OF COUNSEL:<br>Karen H. Bromberg<br>Sandra C. McCallion<br>Damir Cefo<br>Francisco A. Villegas<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 957-7600<br>kbromberg@cohengresser.com<br>smccallion@cohengresser.com<br>dcefo@cohengresser.com<br>fvillegas@cohengresser.com | BAYARD, P.A.<br><br>/s/ *Vanessa R. Tiradentes*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff Walker Digital, LLC* |