IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-368-RGA |
| CAPCOM ENTERTAINMENT INC., et al., | : | |
| Defendants. | : | |

**ORDER SETTING RULE 16(b) CONFERENCE**

1. A scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Tuesday, May 8, 2012, at 11:00 a.m.**, in the Chambers of Richard G. Andrews, Room 2325 of the Boggs Federal Building, 844 King Street, Wilmington, Delaware. Parties not able to be present for the conference, but wishing to participate may do so by dialing into the Court's conference line (800)-516-9896 and enter participation code 3025736170 in order to join the conference.

2. Parties shall confer about scheduling and discovery limitations, and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order – patent," available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order - patent."

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6137.

4-12-12
Date

United States District Judge