**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

WALKER DIGITAL, LLC,

     Plaintiff,

   v.            C.A. No. 11-368-RGA

CAPCOM ENTERTAINMENT, INC., *et al*.,

     Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Karen H. Bromberg, Sandra C. McCallion, Damir Cefo,

and Francisco Villegas of Cohen & Gresser, LLP hereby withdraw their appearances as counsel

of record on behalf of Plaintiff Walker Digital, LLC in the above-captioned action.   In

substitution, Mark A. Fenster, Adam S. Hoffman and Benjamin T. Wang of Russ, August &

Kabat hereby enter their appearances on behalf of Plaintiff Walker Digital, LLC in this action.

Richard D. Kirk, Stephen B. Brauerman, Vanessa R. Tiradentes and Bayard, P.A. remain as

counsel for Walker Digital, LLC.

May 14, 2012         BAYARD, P.A.

OF COUNSEL:       /s/ *Vanessa R. Tiradentes*
             Richard D. Kirk (rk0922)
Marc A. Fenster       Stephen B. Brauerman (sb4952)
Adam S. Hoffman      Vanessa R. Tiradentes (vt5398)
Benjamin T. Wang      222 Delaware Avenue, Suite 900
RUSS, AUGUST & KABAT   P.O. Box 25130
12424 Wilshire Boulevard, Twelfth Floor Wilmington, DE  19899
Los Angeles, California 90025   (302) 655-5000
(310) 826-7474       rkirk@bayardlaw.com
mfenster@raklaw.com     sbrauerman@bayardlaw.com
ahoffman@raklaw.com     vtiradentes@bayardlaw.com
bwang@raklaw.com

            *Attorneys for Plaintiff Walker Digital, LLC*