IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-368 (RGA) |
| | ) |
| CAPCOM ENTERTAINMENT, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT OF *INTER PARTES* AND *EX PARTE*
RE-EXAMINATION OF PATENT NOS. 6,425,828 AND 6,224,486**

Pursuant to the Court's August 6, 2013 Signed Order (D.I. 191) granting the motions to stay (D.I. 172, 181 & 187), the Parties hereby advise the Court on the status of the pending *Inter Partes* and *Ex Parte* Reexaminations of the Patents-in-Suit.

Since the last status report filed on February 2, 2014, Dkt. No. 197, the rejection of claims 1-4, 8-10, and 12-13 of U.S. Patent No. 6,425,828 (the '828 Patent) remains on appeal. There has been no further activity regarding SCEA's reexamination of the '828 Patent.

With regard to SCEA's *Inter Partes* Reexamination of U.S. Patent No. 6,224,486 (the '486 Patent"), in which the USPTO had issued on July 9, 2013, a Notice of Intention to Issue a Reexamination Certificate cancelling all 39 claims (the "NIIRC") and in which Walker had filed on July 15, 2013, a Petition to Vacate the NIIRC, the USPTO granted the Petition to Vacate on May 28, 2014, and reopened the *Inter Partes* Reexamination of the '486 Patent. On May 27, 2014, SCEA filed Comments to Walker's Response to an USPTO Office Action of October 2, 2012, which office action had rejected all 39 claims of the '486 Patent.

As to SCEA's *Ex Parte* Reexamination of '486 Patent, the USPTO issued an Office Action on February 27, 2013, rejecting all 39 claims of the '486 Patent. On April 29, 2013,

Walker filed a Response to the February 27 Office Action. On June 6, 2014, Walker filed an Information Disclosure Statement in the *Ex Parte* Reexamination of the '486 Patent.

There has been no further activity regarding SCEA's reexaminations of the '486 Patent.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (#0922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>PO Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@byardlaw.com<br>sbrauerman@bayardlaw.com | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>mflynn@mnat.com |
| *Attorneys for Walker Digital, LLC* | *Attorneys for Sony Computer Entertainment America LLC* |

August 4, 2014